UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONITY MORTGAGE CORPORATION,
Plaintiff,

-against-

NESTOR E. CANAFE, et al.,
Defendants.

26-CV-7042 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff filed the Complaint in this action on August 18, 2026. ECF No. 1. On September 11, 2026, Plaintiff filed summons returned executed as to Defendants Nestor E. Canafe and Blanca S. Aucapina Paute, indicating that Plaintiff served Defendants on September 1, 2026. ECF Nos. 10–11.

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **November 10, 2026**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: October 27, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge